IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tommie Copper Products Consumer Litigation | Lead Case No.: 7:15-cv-03183-AT<br><br><br>**JOINT STATUS REPORT REGARDING PROGRESS OF SETTLEMENT** |

LISA MARGARET SMITH, United States Magistrate Judge

 This Joint Status Report is submitted by the parties to update the Court regarding the status of settlement discussions in the above-referenced matter.

 On April 18, 2017, the parties submitted a joint status report informing the Court that parties expected to file a motion for preliminary approval within 14 days.  During that time frame, the parties have been finalizing a stipulation for settlement and supporting documents.  However, the parties have been exploring additional provisions that would enhance and add value to the proposed settlement.  Accordingly, the parties expect they will file a motion for preliminary approval within 14 days of the date of this Joint Status Report or file a further joint status report regarding the progress of the Stipulation.

 If the Court has any questions, we are available at your convenience.

Dated: May 2, 2017

**THE LAW OFFICES OF**
**RONALD A. MARRON**

By:   */s/ Ronald A. Marron*         
Ronald A. Marron (*pro hac vice*)

William B. Richards, Jr. (*pro hac vice*)
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
Email: *ron@consumersadvocates.com*
          *bill@consumersadvocates.com*

Nadeem Faruqi
**FARUQI & FARUQI, LLP**
685 Third Avenue 26th Floor
New York, NY 10017
Telephone:  (212) 983-9330
Fax:  (212) 983-9331
nfaruqi@faruqilaw.com

Antonio Vozzolo
**VOZZOLO LLC**
345 Route 17 South
Upper Saddle River, New Jersey 07458
Tel:  201-630-8820
Fax:  201-604-8400
Email:  avozzolo@vozzolo.com

*Interim Class-Counsel and Attorneys for Plaintiffs*

By:   */s/ Michael L. Mallow*         
Michal Mallow
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angles, California 90013
Telephone:  (213) 896-6666
Email:  mmallow@sidley.com
*Attorneys for Defendant Tommie Copper Inc.,*
*Tommie Copper Holdings, Inc., and Thomas Kallish*

2

**CLAYMAN & ROSENBERG**

By: */s/ Denis Patrick Kelleher, Jr.*
Denis Patrick Kelleher, Jr.
305 Madison Avenue, Suite 1301
New York, NY 10165
Tel:  212-922-1080
Fax:  212-949-8255
Email:  kelleher@clayro.com
*Attorneys for Defendant Montel Williams*